CLERK, U.S. DISTRICT COURT

AUG 28 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: _____RS_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LARRY LEWIS JUDGE, et al

PLAINTIFF(S)

v.

SBSD, SBPD, THE PEOPLE COMS AND SUPERIOR
COURT, et al

DEFENDANT(S)

CASE NUMBER

5:17-CV-01747-SVW-E

**NOTICE OF FILING OF COMPLAINT WITHOUT
PREPAYMENT OF FILING FEES OR
REQUEST TO PROCEED IN FORMA PAUPERIS**

Plaintiff has submitted a complaint for filing.  The filing fee has not been paid, nor has a Request to Proceed in Forma Pauperis been submitted.  The case has been forwarded to the assigned magistrate judge for review.

_____August 28, 2017_____
Date

By  R. Smith
_____
Deputy Clerk